

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephen T. Mugglebee, an individual<br><br>**Plaintiff,**<br><br>V.<br><br>Allstate Insurance Company; Does 1 through 25, inclusive; Kenneth James Gerard, as guardian ad litem for Stephen T. Mugglebee<br><br>**Defendant.** | Civil Action No. 14cv2474-JLS-JMA<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Plaintiff Stephen Mugglebee is entitled to bring this action and Kenneth J. Gerard, as Guardian Ad Litem is entitled to proceeds of this settlement; 2. All issues raised by this proposed Settlement have been submitted to this Court and Plaintiff knowingly has waived his right to trial and appeal; 3. The Court approves the settlement amount of $170,000.00 and approves the distribution of said amount; 4. The Court approves payment of attorney's fees in the amount of $51,395.00 and reimbursement of costs incurred in the amount of $3,697.00 to Winters & Associates; 5. The Court approves payment of guardian ad litem fees in the amount of $4,275.00 to Kenneth J. Gerard; and 6. The Court approves payment of fees and costs in the amount of $2,937.50 to Steve Hill Construction Consulting, Inc.

Date: 3/21/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Lozano

M. Lozano, Deputy